**FORMAN HOLT ELIADES & YOUNGMAN LLC**

ATTORNEYS AT LAW

Michael R. Herz
Associate
mherz@formanlaw.com

www.formanlaw.com
REPLY TO PARAMUS

RECEIVED
NOV 21 2013
AT 8:30_____M
WILLIAM T. WALSH CLERK

November 21, 2013

Honorable Peter G. Sheridan
U.S. District Court
Clarkson S. Fisher Federal Bldg.
& U.S. Courthouse, Room 4050
402 East State Street
Trenton, NJ 08608

SO ORDERED: /s/ Peter Sheridan
DATED: 11/21/13

Re: Aaron D. Forman v. Catherine E. Youngman
Appeal No. 3:13-cv-05877 (PGS)
Hovie Forman
Case No. 07-27514(RG)  Adversary Pro. No. 08-01082 (RG)

Dear Judge Sheridan:

I represent Catherine E. Youngman, the chapter 7 trustee for Hovie E. Forman and the appellee in the above-referenced appeal. Although just docketed today, the trustee was emailed with what is believed to be the docketed version of Aaron Forman's appellant brief on November 19, 2013.[1] In light of the thirty-day extension granted to Aaron Forman to file his appellant brief,[2] as well as the upcoming Thanksgiving holiday, it is respectfully requested that the trustee be granted an extension of two (2) weeks to file her appellee brief, such that if Aaron Forman's email service on November 19, 2013 is presumed a valid method of service, the Trustee's brief would be due on December 17, 2013.

Respectfully submitted,

Michael R. Herz
MRH:fg
Encs.
cc: Aaron Forman (via e-mail)
    Catherine E. Youngman, Trustee

---

[1] Aaron Forman also emailed the trustee a copy of his brief on November 18, 2013, but based on Aaron Forman's cover letter attached to his docketed brief, it is unclear if the November 18, 2013 email contained a draft or final version of his brief.

[2] Aaron Forman requested the extension on October 18, 2013, the day after his brief was due.

00292819 - 1

80 Route 4 East, Suite 290
Paramus, NJ 07652
T 201.845.1000
F 201.845.9112

1700 Broadway, 41st Floor
New York, NY 10019
T 212.707.8500
F 212.707.8511

664 Chestnut Ridge Road
Spring Valley, NY 10977
T 845.371.3451
F 845.371.7667

1615 Jackson Street
Philadelphia, PA 19145
T 215.925.7191
F 215.925.7192